UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANOIS ALLEN, individually and on behalf of all others similarly situated;<br><br>Plaintiff(s),<br>v.<br><br>THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP,<br><br>Defendant. | )<br>)<br>)<br>) Civil No. 1: **1:17-cv-07085-ER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff, Danois Allen, by and through her counsel, hereby stipulates that her claims in this action be dismissed in their entirety, with prejudice, pursuant to the Court's final judgment in the related case *Sanders et al. v. The CJS Solutions Group, LLC*, Case No. 17-cv-3809 in the District Court for the Southern District of New York, and the terms of the Amended Settlement Agreement entered into by the Parties in *Sanders*. (Dkt. No. 106).

Date:   April 7, 2020

SO ORDERED.

*/s/ Edgardo Ramos/*
Edgardo Ramos, U.S.D.J
Dated: Apr. 08, 2020
New York, New York

Respectfully Submitted,

*/s/ James B. Zouras*

James B. Zouras
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
jzouras@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on April 7, 2020, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                           */s/ James B. Zouras*